FILED

MAR 1 0 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

3/3/2023

Honorable Judge Bailey I have requested for my transcript containing to your respond on the behalf of case # 5:20-cr-16-20 that would provide me my transcript I have made effort to purchase my transcript from Cindy Knecht of the cost of 47.45 and they still have been denied from you honorable Judge Bailey I need my transcript so I could get the proper validity to request a motion if needed I would properly pay under my own expense to continue proceedings and now I have just submitted my application 2255 therefor I have a pending motion in front of this Honorable Court that requires me to have access to all of my transcripts in order to properly file my 2255 motion.

Eiandrews K Pique