IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CRIMINAL ACTION NO. 5:20-CR-16-20
                                                    Judge Bailey

EIANDREUS KILAND REBRAUN PIQUE,

    Defendant.

## ORDER

Pending before this Court is defendant's *pro se* Letter / Motion Requesting Sentencing Transcript [Doc. 1064], filed February 13, 2023. Therein, defendant requests a copy of his docket sheet, judgment and commitment order, and any sentencing matter filed in his case.

Upon consideration of the above, it is the opinion of this Court that defendant's Motion should be denied in part. Defendant currently has nothing pending before this Court that would justify providing him with a copy of the transcript, nor has he provided any reason for the same. Until such time, this Court cannot make a determination as to the validity of claims which have yet to be made or the need for the requested transcript. *See* 28 U.S.C. § 753; *see also* **United State v. Brown**, 36 F.App'x 519 (4th Cir. 2002). As such, for lack of good cause shown, defendant's *pro se* Letter / Motion [**Doc. 1064**] is hereby **DENIED IN PART**. The Clerk of Court has already mailed defendant a copy of the docket sheet, plea agreement, and judgment and commitment order. *See* [Doc. 1065].

1

02/17/2023