Federal Correctional Institution McKean
Name: Eiandrews Pique
Reg. #: 04987-509
P.O. Box 8000
Bradford, PA 16701



**RECEIVED**

MAR 1 0 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Honorable Judge Bailey
UNITED STATES DISTRICT COURT
FOR THE FOURTH CIRCUIT
NORTHERN DISTRICT OF WEST VIRGINIA
P.O. Box 471
Wheeling, West Virginia
26003